**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **Pennington,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 6:22-CV-01023-ADA** |
| | § | |
| **Bisignano, Commissioner of the Social** | § | |
| **Security Administration, Frank,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge

Gilliland.  ECF No. 24.  The report recommends that this Court DENY Plaintiff's appeal and

AFFFIRM the ALJ's determination.  *Id.*

A party may file specific, written objections to the proposed findings and recommendations

of the magistrate judge within fourteen days after being served with a copy of the report and

recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed.

R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections."

*Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United*

*States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).  The district court may decline a party's request

to hear new evidence not before the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).

Plaintiff filed objections.  ECF No. 25.  The Court has conducted a *de novo* review of

Plaintiff's complaint, the record, the report and recommendation, the objections, and the applicable

laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 24) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's appeal is **DENIED** and the ALJ's decision is **AFFIRMED**.  This case is closed.

**SIGNED** 07/10/2026.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**